UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14384
    PHILIP J MORGAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-1105


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/03/06 and confirmed on 03/16/07.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   2390.15 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE | SECURED | 570.00 | .00 | 570.00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| TOWN OF WATERFORD | PRIORITY | 708.52 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7341.17 | .00 | .00 |
| B LINE LLC | UNSECURED | 7149.77 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2960.53 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 184.97 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3855.86 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3425.97 | .00 | .00 |
| LAWRENCE & MEMORIAL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7880.74 | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 570.00 | 708.52 | 32799.01 | .00 | 34077.53 |
| PRINCIPAL PAID | 570.00 | .00 | .00 | .00 | 570.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 570.00 | .00 | .00 | .00 | 570.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2500.00
and was paid $     7.00  direct and $   1742.86  through the plan.

The Trustee received $       77.29 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 05/21/08                                    /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE


                                  PAGE   2
          CASE NO. 06 B 14384 PHILIP J MORGAN